**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| In re: | § | Case No. 14-17568-ELF |
|---|---|---|
| | § | |
| COVENANT PARTNERS, L.P. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Gary F. Seitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $506,338.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $4,975,260.17 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $2,769,652.46 | | |

   3)   Total gross receipts of $7,744,912.63  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $7,744,912.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $175,000.00 | $294,176.68 | $290,828.74 | $290,828.74 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,771,894.07 | $2,769,652.46 | $2,769,652.46 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $6,516,231.02 | $10,325,812.28 | $10,325,812.28 | $4,684,431.43 |
| **Total Disbursements** | $6,691,231.02 | $13,391,883.03 | $13,386,293.48 | $7,744,912.63 |

4). This case was originally filed under chapter 7 on 09/19/2014. The case was pending for 81 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/28/2021          By:   /s/ Gary F. Seitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable. Erb Judgment | 1121-000 | $20,000.00 |
| Interests in incorproated and unicorporated businesses - stock - Knowledge Wks. | 1129-000 | $83,332.37 |
| Interests in incorproated and unicorporated businesses - stock - PetFdDir | 1129-000 | $2,465,842.44 |
| Interests in incorproated and unicorporated businesses - stock Truenorth Global Inc.. | 1129-000 | $30,306.25 |
| TD Back Checking Acct | 1129-000 | $1,298.25 |
| Other personal property of any kind not already listed. Litigation Froer | 1141-000 | $4,431,998.52 |
| Unscheduled contract rights - remnants | 1229-000 | $5,000.00 |
| Unscheduled dividend Knowledge Works | 1229-000 | $80,080.37 |
| Unscheduled other litigation - Pet360 shareholder litigation pending in DE Chancery court | 1249-000 | $627,054.43 |
| **TOTAL GROSS RECEIPTS** | | **$7,744,912.63** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Peter Frorer | 4210-000 | $175,000.00 | $294,176.68 | $290,828.74 | $290,828.74 |
| **TOTAL SECURED CLAIMS** | | | **$175,000.00** | **$294,176.68** | **$290,828.74** | **$290,828.74** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gary F. Seitz, Trustee | 2100-000 | NA | $255,597.38 | $255,597.38 | $255,597.38 |
| Gary F. Seitz, Trustee | 2200-000 | NA | $514.71 | $514.71 | $514.71 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $2,201.60 | $2,201.60 | $2,201.60 |
| Pinnacle Bank | 2600-000 | NA | $55,300.66 | $55,300.66 | $55,300.66 |
| Citrin Cooperman & Co. LLP | 2990-000 | NA | $8,855.00 | $8,855.00 | $8,855.00 |
| ELITE LITIGATION | 2990-000 | NA | $390.25 | $390.25 | $390.25 |

| | | | | | |
|---|---|---|---|---|---|
| SOLUTIONS INC. | | | | | |
| John P. Freeman | 2990-000 | NA | $1,588.60 | $1,588.60 | $1,588.60 |
| Attorney for Trustee | 3110-000 | NA | $25,001.50 | $25,001.50 | $25,001.50 |
| Attorney for Trustee | 3120-000 | NA | $1,771.54 | $1,771.54 | $1,771.54 |
| Kaufman, Coren & Ress, P.C., Attorney for Trustee | 3210-000 | NA | $2,257,468.00 | $2,257,468.00 | $2,257,468.00 |
| Kaufman, Coren & Ress, P.C., Attorney for Trustee | 3220-000 | NA | $72,233.13 | $72,233.13 | $72,233.13 |
| ADAM SIMMENS CPA PC, Accountant for Trustee | 3410-000 | NA | $9,800.00 | $9,800.00 | $9,800.00 |
| BEDERSON LLP, Accountant for Trustee | 3410-000 | NA | $79,123.50 | $77,558.00 | $77,558.00 |
| BEDERSON LLP, Accountant for Trustee | 3420-000 | NA | $2,048.20 | $1,372.09 | $1,372.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,771,894.07 | $2,769,652.46 | $2,769,652.46 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Securities and Exchange Commission | 7100-000 | $0.00 | $5,830,510.00 | $5,830,510.00 | $2,770,601.57 |
| 3 | Thomas R. Butler | 7100-000 | $151,415.86 | $168,213.93 | $168,213.93 | $79,933.62 |
| 4 | Citrin Cooperman & Company LLP | 7100-000 | $0.00 | $17,368.39 | $17,368.39 | $8,132.46 |
| | Clerk, US Bankruptcy Court (Claim No. 4; Citrin Cooperman & Company LLP) | 7100-001 | $0.00 | $0.00 | $0.00 | $120.83 |
| 7 | Tripartite, LLC as the assignee of the | 7100-000 | $2,500,000.00 | $2,713,486.00 | $2,713,486.00 | $1,289,422.12 |
| 15 | Richard Lieberman MD | 7100-000 | $590,000.00 | $787,117.12 | $787,117.12 | $374,030.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Defined Benefits Pension Plan | | | | | |
| 17 | 189 Main Street Associates LP | 7200-000 | $90,000.00 | $121,800.00 | $121,800.00 | $0.00 |
| 20 | Keith Fretz | 7200-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| 21 | FCF Credit Inc. | 7100-000 | $0.00 | $341,316.84 | $341,316.84 | $162,190.44 |
| 22 | Todd Umbenhauer | 7200-000 | $0.00 | $39,000.00 | $39,000.00 | $0.00 |
| 23 | Philip Webb | 7200-000 | $292,000.00 | $292,000.00 | $292,000.00 | $0.00 |
| | Commonwealth of PA 302 North Office Building - Harrisburg, PA 17120 | 7100-000 | $2,500,000.00 | $0.00 | $0.00 | $0.00 |
| | Jack Cooney 3020 Robert Oliver Avenue - Fernandina, FL 32034 | 7100-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| | M&T Bank 1100 N. Market Street - Wilmington, DE 19890 | 7100-000 | $167,815.16 | $0.00 | $0.00 | $0.00 |
| | Ronald Spangler c/o Peter Frorer - x x 19 Morton Road Bryn Mawr, PA 19010 | 7100-000 | $125,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,516,231.02 | $10,325,812.28 | $10,325,812.28 | $4,684,431.43 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

Exhibit 8

| Case No.: | 14-17568-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | Date Filed (f) or Converted (c): | 09/19/2014 (f) |
| For the Period Ending: | 6/28/2021 | §341(a) Meeting Date: | 10/23/2014 |
| | | Claims Bar Date: | 01/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  TD Back Checking Acct | $1,200.00 | $1,200.00 | | $1,298.25 | FA |
| 2  Interests in incorporated and unincorporated businesses - stock - PetFdDir | $3,000,000.00 | $1,535,959.04 | | $2,465,842.44 | FA |
| **Asset Notes:** 3,000,000.00 shares of PetFoodDirect 360 - proceeds in escrow - litigation pending in adversary not fully administered until adversary decided. | | | | | |
| 3  Interests in incorporated and unincorporated businesses - stock - Knowledge Wks. | $67,847.00 | $67,847.00 | | $83,332.37 | FA |
| **Asset Notes:** 67,847 shares of Series A Convertilble Preferred Stock of Knowledge Works, Inc.  Distribution $67,847 | | | | | |
| 4  Interests in incorporated and unincorporated businesses - stock -ObjectFX | Unknown | $1,500.00 | | $0.00 | FA |
| **Asset Notes:** 4,817 shares of Common Stock in ObjectFX Coporation | | | | | |
| 5  Interests in incorporated and unincorporated businesses - stock Realtime Med. | Unknown | $15,000.00 | | $0.00 | FA |
| **Asset Notes:** 32,000 shares of Common Stock of Reatime Media, Inc.  --provides compliance-based marketing solutions for corporate clients and their advertising agencies. Its solutions include RealTime Promotions, which helps in acquiring visitors to online channels and activating users to purchase; RealTime Database Management, a frontline marketing database that integrates data from the company's email, Website, promotional, and research consumer touch points; RealTime Email Management System, an email campaign services system that manages newsletter programs; and RealTime CAN-SPAM Solution, a solution for managing opt-in/opt-out registrations across multiple platforms, including online, call center, and offline fulfillment vendors.  www.rtm.com | | | | | |
| 6  Interests in incorporated and unincorporated businesses - stock RED SHIFT COMPANY, LLC. | Unknown | $15,000.00 | | $0.00 | FA |
| **Asset Notes:** 125,000 Membership Units of RED SHIFT COMPANY, LLC  -- To commercialize its revolutionary line of patented Automatic Speech Recognition ("ASR") software, RedShift enables companies to provide highly accurate and easy to implement voice recognition solutions for their customers through smartphones, mobile tablets and website browsers. Currently, RedShift is primarily focused on developing its ASR solutions for mobile food ordering applications for fast casual restaurants. RedShift technology enables your customers to speak actionable commands over an app on their smartphone. The resulting mobile app completes a mobile transaction by uniquely featuring a very accurate, easy and safe to use 'hands-free eyes-free' speech recognition service. | | | | | |
| 7  Interests in incorporated and unincorporated businesses - stock Truenorth Global Inc.. | Unknown | $20,000.00 | | $30,306.25 | FA |
| **Asset Notes:** 450,000 shares of Series A Preferred Stock in Truenorth Global Inc.  Technology platform to organize, manage and catalogue digital assets and deliver to mobile devices. | | | | | |
| 8  Interests in incorporated and unincorporated businesses - stock. | $106,338.00 | $106,338.00 | | $0.00 | FA |
| **Asset Notes:** 7,325 Shares of Marketplace Advisors | | | | | |

FORM 1  
Page No: 2  
Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

| Case No.: | 14-17568-ELF | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | | Date Filed (f) or Converted (c): | 09/19/2014 (f) |
| For the Period Ending: | 6/28/2021 | | §341(a) Meeting Date: | 10/23/2014 |
| | | | Claims Bar Date: | 01/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 9  Interests in incorproated and unicorporated businesses - stock CP ventures. | $0.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** 100% Ownership of CP Ventures. Investment device. | | | | | |
| 10  Other personal property of any kind not already listed. Erb Note | $200,000.00 | $200,000.00 | | $0.00 | FA |
| **Asset Notes:** Promissory Note from Jeffery Erb dated 12/2/2005 | | | | | |
| 11  Accounts receivable. Erb Judgment | $737,901.75 | $737,901.75 | | $20,000.00 | FA |
| **Asset Notes:** Jeff Erb (Judgment) | | | | | |
| 12  Other personal property of any kind not already listed. Litigation Froer | $5,000,000.00 | $2,763,837.28 | | $4,431,998.52 | FA |
| **Asset Notes:** Lawsuit against Peter Frorer for misappropriation of 5,000,000 Shares of Pet Food Direct 360 - Proceeds said to be $3,948,338.28 - held in escrow - Adversary 14-00685 order dtd 1/14/15 -4,978,989 shares delivered to Mr. Frorer from Covenant partners as agreed to in the first batch of pledges as well as in the extension agreement.  Frorer received .09604 cents per share in second payment from Pet360 (deducted some monies from its distribution to Frorer Associates for its own [Pet360's] expenses) .09604 x 4,979,989 = $478,182.10 | | | | | |
| 13  Unscheduled dividend Knowledge Works (u) | $0.00 | $80,080.37 | | $80,080.37 | FA |
| **Asset Notes:** Series A Preferred Dividend Knowledge Works | | | | | |
| 14  Government and corporate bonds and other negotiable and nonnegotiable instruments: promissory note from Jeffery Erb dated 12/2/2005. | $200,000.00 | $20,000.00 | | $0.00 | FA |
| 15  Unscheduled other litigation - fiduciary duty claims: Fretz and Freeman (u) | $0.00 | $100,000.00 | | $0.00 | FA |
| **Asset Notes:** potential breach of fiduciary duty claims: Fretz and Freeman Adversary 16-226 commenced | | | | | |
| 16  Unscheduled other litigation - potential auditor liability case - Citrin Cooperman (u) | $0.00 | $100,000.00 | | $0.00 | FA |
| **Asset Notes:** investigated  potential auditor liability case - Citrin Cooperman - Allan Frank, Esq. refused to take case 4/15/2016 - Coren sees no recovery due to terms of retention letter. | | | | | |
| 17  Unscheduled other litigation - Pet360 shareholder litigation pending in DE Chancery court (u) | $0.00 | $800,000.00 | | $627,054.43 | FA |
| **Asset Notes:** Pet360 shareholder litigation pending in DE Chancery court - with respect to shares recovered from Prothonotary Asset No. 2 and shares recovered from Froer Asset No. 12. | | | | | |
| 18  Unscheduled contract rights - remnants (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |

| TOTALS (Excluding unknown value) | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $9,313,286.75 | $6,570,663.44 | | $7,744,912.63 | $0.00 |

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Page No: 3  
Exhibit 8

| Case No.: | 14-17568-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | Date Filed (f) or Converted (c): | 09/19/2014 (f) |
| For the Period Ending: | 6/28/2021 | §341(a) Meeting Date: | 10/23/2014 |
| | | Claims Bar Date: | 01/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

06/28/2021
6/28/2021 TDR  
1/13/2021 Final Audit held orders entered.  
12/30/2020 Final audit scheduled and pending  
06/29/2020 Finalizing on TFR  
3/3/2020  Work on TFR slowed due to minimal access to office and loss of assistant.  
12/30/2019  Final tax returns and fee apps underway  
9/28/19  Close on remnant sale  
6/29/19  Appeal pending - remnant sale motion pending  
3/28/2019  Appeal still pending.  
12/30/2018  Appeal to Third Circuit pending  
12/22/2018  Due to the government's shutdown on 12/22/2018 the case TFR cannot be administered. The administration of the case will resume once the government reopens.  
9/30/2018  Considering appeal  
6/30/2018  Trial completed awaiting court ruling.  Continue to market shares of various investments and remnants for sale  
3/30/2018  Conclusion of trial pending. Continue to market investments.  
12/27/2017  Adversary set for trial at the end of January; continue marketing remaining investments for sale  
9/30/2017  Litigation pending.  
6/30/17  Adversary litigation still pending.  
3/30/2017  Summary judgment motion pending in adversary cases - continue to monitor investment interest and market for sale - consider another interim distribution.  
12/30/16 Adversary against Fretz and Freeman pending; market shares for sale  
9/30/2016  App to approve sp counsel fees pending; work on interim distribution motion; monitor shareholder derivative action in DE; mkt shares for sale; Fretz/Freeman litigation pending  
6/30/2016  Motion to approve settlement with Froer pending; other matters continuing  
3/30/2016  Negotiations to settle Froer adversary proceeding pending;  offer to settle with Fretz and Freeman proposed; Pet 360 class action pending with possible class settlement; continue to market shares of other investments; Motion to Compel William B. Fretz Jr. to Produce Previously Ordered Documents  
12/30/2015  Adversary proceeding pending; 2004 exam of debtor's principals pending; continue to monitor litigation and market shares for sale.  Investigate other assets from bus records.  
09/30/2015  Decision on settlement motion with SEC pending; adversary and other litigation pending; ig and market shares.  
06/30/2015  Monitor adversary proceeding and Pet360 class action in DE chancery court; market other securities for sale; negotiate claim amount with SEC; working on tax returns  
03/30/2015  Continue to monitor adversary proceeding; market other securities for sale; negotiate claim amount with SEC for purposes of limited partner protections  
12/31/14  Investigating potential value of various investments in equity/shares and notes/judgments and marketing for sale/liquidation. Litigation under prosecution by special counsel against Peter Frorer, Frorer Partners, L.P., Frorer Associates, LLC, Tripartite LLC, Mark Levy.  
9/30/2014  Investigating assets and lawsuits with input from SEC.  Interviewing special counsel candidates.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2016 | /s/ GARY F. SEITZ | |
| **Current Projected Date Of Final Report (TFR):** | 07/31/2020 | GARY F. SEITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-17568-ELF | | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 9/19/2014 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/23/2014 | (3) | PAYNET INC. | SERIES A PREF STOCK REDEMPTION | 1129-000 | $83,332.37 | | $83,332.37 |
| 12/23/2014 | (13) | PAYNET INC | SERIES A PREFFERED DIVIDEND | 1229-000 | $80,080.37 | | $163,412.74 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $68.06 | $163,344.68 |
| 02/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $263.65 | $163,081.03 |
| 02/13/2015 | 1001 | INTERNATIONAL SURETIES, LTD | EDPA Bond # 016026390 TERM: 01/01/15 to 01/01/2016 | 2300-000 | | $91.84 | $162,989.19 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $237.76 | $162,751.43 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $262.70 | $162,488.73 |
| 04/14/2015 | (1) | TD BANK | proceeds account 8751 | 1129-000 | $68.00 | | $162,556.73 |
| 04/14/2015 | (1) | TD Bank | bank account proceeds 9216 | 1129-000 | $1,230.25 | | $163,786.98 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $254.90 | $163,532.08 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $263.98 | $163,268.10 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $255.04 | $163,013.06 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $263.12 | $162,749.94 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $262.72 | $162,487.22 |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $253.82 | $162,233.40 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $261.86 | $161,971.54 |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $253.03 | $161,718.51 |
| 12/04/2015 | 1002 | ELITE LITIGATION SOLUTIONS INC. | Court reporter - 2004 Transcript Jeff Erb - 11/5/2015 | 2990-000 | | $390.25 | $161,328.26 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $260.58 | $161,067.68 |
| 01/12/2016 | 1003 | ADAM SIMMENS CPA PC | professional fee approved by court | 3410-000 | | $9,800.00 | $151,267.68 |
| 01/29/2016 | (11) | JEFFREY DAVID ERB | SETTLEMENT PAYMENT | 1121-000 | $10,000.00 | | $161,267.68 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $254.40 | $161,013.28 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $242.46 | $160,770.82 |
| 03/08/2016 | 1004 | INTERNATIONAL SURETIES, LTD | Bond # 016026390 Term 1/1/16 to 1/1/17 EDPA Blanket | 2300-000 | | $1,381.99 | $159,388.83 |
| 03/31/2016 | (11) | JEFFREY ERB | Installment on settleemnt | 1121-000 | $2,500.00 | | $161,888.83 |
| 03/31/2016 | (11) | JEFFREY ERB | Proceeds from settlement approved by the court. | 1121-000 | $7,500.00 | | $169,388.83 |

|  |  |  |  | SUBTOTALS | $184,710.99 | $15,322.16 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-17568-ELF | | Trustee Name: | Gary F. Seitz |
| --- | --- | --- | --- | --- |
| Case Name: | COVENANT PARTNERS, L.P. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 9/19/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $257.99 | $169,130.84 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $260.11 | $168,870.73 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $272.58 | $168,598.15 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $263.36 | $168,334.79 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $271.75 | $168,063.04 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $271.27 | $167,791.77 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $262.10 | $167,529.67 |
| 10/05/2016 | | Transfer From: #******0089 | settlement approved | 9999-000 | $6,595,896.22 | | $6,763,425.89 |
| 10/10/2016 | 1005 | Kaufman, Coren & Ress, P.C. | D.I. 160 Order( REVISED) Granting Application For Compensation (Related Doc # 154) Granting for Kaufman, Coren and Ress, fees awarded: $2069352.00, expenses awarded: $35612.03. | * | | $2,104,964.03 | $4,658,461.86 |
| | | | Kaufman, Coren & Ress, P.C.     $(2,069,352.00) | 3210-000 | | | $4,658,461.86 |
| | | | Kaufman, Coren & Ress, P.C.     $(35,612.03) | 3220-000 | | | $4,658,461.86 |
| 11/02/2016 | (17) | PET 360 SH SETTLEMENT NTC ADM | class action settlement | 1249-000 | $627,054.43 | | $5,285,516.29 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5,649.00 | $5,279,867.29 |
| 11/02/2016 | 1006 | GELLERT SCALI BUSENKELL & BROWN LLC | 169 Order Granting Application For Compensation (Related Doc # [161]) Granting for Gellert Scali Busenkell & Brown LLC, fees awarded: $14054.00, expenses awarded: $704.99. | * | | $14,758.99 | $5,265,108.30 |
| | | | $(14,054.00) | 3110-000 | | | $5,265,108.30 |
| | | | $(704.99) | 3120-000 | | | $5,265,108.30 |

| | | | | | SUBTOTALS | $7,222,950.65 | $2,127,231.18 |
| --- | --- | --- | --- | --- | --- | --- | --- |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-17568-ELF | | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 9/19/2014 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2016 | 1007 | BEDERSON LLP | PER CT ORDERS APPROVING IRD AND FEES 10/12/2016   166 (44 pgs; 8 docs) Interim Application for Compensation First Interim Fee Application of Bederson LLP as Accountants for Gary F. Seitz as Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period September 23, 2014 through September 30, 2016 for Bederson LLP, Accountant, Period: 9/23/2014 to 9/30/2016, Fee: $50,102.50, Expenses: $799.31. | * | | $50,901.81 | $5,214,206.49 |
| | | | BEDERSON LLP                $(50,102.50) | 3410-000 | | | $5,214,206.49 |
| | | | BEDERSON LLP                $(799.31) | 3420-000 | | | $5,214,206.49 |
| 11/16/2016 | 1008 | Gary F. Seitz | 11/16/2016  DI  183 Order Granting Application For Interim Compensation fees awarded: $190000.00 | 2100-000 | | $190,000.00 | $5,024,206.49 |
| 11/16/2016 | 1009 | Gary F. Seitz | 11/16/2016  DI  183 Order Granting Application For Interim Compensation fees awarded: $190000.00, expenses awarded: $358.23 | 2200-000 | | $358.23 | $5,023,848.26 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5,467.00 | $5,018,381.26 |
| 12/07/2016 | 1010 | U.S. Securities and Exchange Commission | File No. 3-16829 Claim 1 Interim Distribution | 7100-000 | | $2,391,807.89 | $2,626,573.37 |
| 12/07/2016 | 1011 | Thomas R. Butler | Claim No 3 Interim Distribution | 7100-000 | | $69,005.18 | $2,557,568.19 |
| 12/07/2016 | 1012 | Citrin Cooperman & Company LLP | Claim No 4 Interim Distribution | 7100-000 | | $7,124.91 | $2,550,443.28 |
| 12/07/2016 | 1013 | Tripartite, LLC as the assignee of the | Claim No 7 Interim Distribution | 7100-000 | | $1,113,133.71 | $1,437,309.57 |
| 12/07/2016 | 1014 | Richard Lieberman MD Defined Benefits Pension Plan | Claim No 15 Interim Distribution | 7100-000 | | $322,893.35 | $1,114,416.22 |
| 12/07/2016 | 1015 | FCF Credit Inc. | Claim No 21 Interim Distribution | 7100-000 | | $140,015.93 | $974,400.29 |
| 12/16/2016 | 1015 | STOP PAYMENT: FCF Credit Inc. | Claim No 21 Interim Distribution Stop payment and reissue at request of creditor | 7100-000 | | ($140,015.93) | $1,114,416.22 |
| 12/16/2016 | 1016 | FCF Credit Inc. | Claim No 21 Interim Distribution | 7100-000 | | $140,015.93 | $974,400.29 |
| 12/22/2016 | 1017 | Kafman, Coren & Ress, P.C. | court approved fees and expenses - second order | * | | $194,428.60 | $779,971.69 |
| | | | Kaufman, Coren & Ress, P.C.         $(188,116.00) | 3210-000 | | | $779,971.69 |
| | | | Kaufman, Coren & Ress, P.C.         $(6,312.60) | 3220-000 | | | $779,971.69 |

**SUBTOTALS**        $0.00        $4,485,136.61

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-17568-ELF | Trustee Name: | Gary F. Seitz |
| Case Name: | COVENANT PARTNERS, L.P. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 9/19/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3,529.42 | $776,442.27 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,213.34 | $775,228.93 |
| 02/20/2017 | 1018 | INTERNATIONAL SURETIES, LTD | Ch 7 ED PA Blanket Bond #016026390 | 2300-000 | | $328.13 | $774,900.80 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,130.31 | $773,770.49 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,248.98 | $772,521.51 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,206.87 | $771,314.64 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,244.96 | $770,069.68 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,202.91 | $768,866.77 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,241.20 | $767,625.57 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $2,478.02 | $765,147.55 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,195.68 | $763,951.87 |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | 2600-000 | | ($1,239.01) | $765,190.88 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,234.95 | $763,955.93 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,193.36 | $762,762.57 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,231.29 | $761,531.28 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,229.56 | $760,301.72 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,108.84 | $759,192.88 |
| 03/20/2018 | 1019 | INTERNATIONAL SURETIES, LTD | Bond # 016026390 | 2300-000 | | $274.44 | $758,918.44 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,225.23 | $757,693.21 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,183.25 | $756,509.96 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,220.78 | $755,289.18 |
| 06/01/2018 | 1020 | Kaufman, Coren & Ress, P.C. | 04/29/2018  Doc  215 Order Granting Application For Compensation (Related Doc # 206) Granting for Kaufman,Coren and Ress, costs and expenses awarded: $30308.50 | 3220-000 | | $30,308.50 | $724,980.68 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,137.23 | $723,843.45 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,168.07 | $722,675.38 |
| | | | SUBTOTALS | | $0.00 | $57,296.31 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-17568-ELF | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 9/19/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,166.18 | $721,509.20 |
| 12/03/2018 | (7) | DTN US HOLDINGS | Buy out shares due to company sale | 1129-000 | $25,634.92 | | $747,144.12 |
| 01/10/2019 | 1021 | BEDERSON LLP | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 0.04; Notes: DI 186 Order granting First Interim Fee Application of Bederson LLP Application for Compensation for the Period September 23, 2014 through September 30, 2016 Fee: $50,102.5 | 3420-000 | | $286.39 | $746,857.73 |
| 01/10/2019 | 1022 | GELLERT SCALI BUSENKELL & BROWN LLC | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 0.07; Notes: DI 169 Order Granting Application For Compensation Granting for Gellert Scali Busenkell & Brown LLC, fees awarded: $14054.00, expenses awarded: $704.99. DI 210 Order Gr | 3120-000 | | $426.89 | $746,430.84 |
| 01/10/2019 | 1023 | BEDERSON LLP | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 2.31; Notes: DI 186 Order granting First Interim Fee Application of Bederson LLP Application for Compensation for the Period September 23, 2014 through September 30, 2016 Fee: $50,102.5 | 3410-000 | | $13,886.00 | $732,544.84 |
| 01/10/2019 | 1024 | GELLERT SCALI BUSENKELL & BROWN LLC | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 0.77; Notes: DI 169 Order Granting Application For Compensation Granting for Gellert Scali Busenkell & Brown LLC, fees awarded: $14054.00, expenses awarded: $704.99. DI 210 Order Gr | 3110-000 | | $4,678.00 | $727,866.84 |
| 01/10/2019 | 1025 | U.S. Securities and Exchange Commission | Account Number: ; Claim #: 1; Distribution Dividend: 46.82; Dividend: 56.37; Notes: $5,476,928 and prejudgment interest of $353,582. disgorgeent of $5,476,928 and prejudgmet interest $353582.00 per order dated 12/2/2015. William B. Fretz, Jr., John P. Fre | 7100-000 | | $338,230.49 | $389,636.35 |
| | | | SUBTOTALS | | $25,634.92 | $358,673.95 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-17568-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 9/19/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/10/2019 | 1026 | Thomas R. Butler | Account Number: ; Claim #: 3; Distribution Dividend: 46.82; Dividend: 1.62; Notes: Promissory Note signed by John P. Freeman, Gen. Partner - attached to poc.; Amount Claimed: 168,213.93; Amount Allowed: 168,213.93; | 7100-000 | | $9,758.17 | $379,878.18 |
| 01/10/2019 | 1027 | Citrin Cooperman & Company LLP | Account Number: ; Claim #: 4; Distribution Dividend: 46.82; Dividend: 0.16; Notes: Accounting Services Including prep of Income tax returns; Amount Claimed: 17,368.39; Amount Allowed: 17,368.39; | 7100-000 | | $1,007.55 | $378,870.63 |
| 01/10/2019 | 1028 | Tripartite, LLC as the assignee of the | Account Number: ; Claim #: 7; Distribution Dividend: 46.82; Dividend: 26.23; Notes: (7-1) Judgment plus interest against Debtor by Commonwealth of PA assigned to Creditor. Unsecured see DI 145, p. 7. Approved as part of settlement see D.I. 145 page 7.; | 7100-000 | | $157,410.54 | $221,460.09 |
| 01/10/2019 | 1029 | Richard Lieberman MD Defined Benefits Pension Plan | Account Number: ; Claim #: 15; Distribution Dividend: 46.82; Dividend: 7.61; Notes: (15-1) Promissory Notes - deemed timely filed by ct order dtd 03/04/2015 -- DI 68 -- Order Granting Motion to Extend Time (Related Doc # 59). Richard Lieberman MD's proof | 7100-000 | | $45,661.02 | $175,799.07 |
| 01/10/2019 | 1030 | FCF Credit Inc. | Account Number: ; Claim #: 21; Distribution Dividend: 46.82; Dividend: 3.29; Notes: (21-1) Assignment Agreement, Promissory Note, Security Agreement and UCC1 filing filed in PA - invalid because debtor is a DE LP - also description may be insufficient - a | 7100-000 | | $19,799.95 | $155,999.12 |
| 01/10/2019 | 1031 | Citrin Cooperman & Co. LLP | Account Number: ; Claim #: 24; Distribution Dividend: 100.00; Dividend: 1.47; Notes: Doc 217-1 Filed 08/28/18; Amount Claimed: 8,855.00; Amount Allowed: 8,855.00; | 2990-000 | | $8,855.00 | $147,144.12 |
| 01/10/2019 | 1032 | Gary F. Seitz | Interim distribution per Doc 228 Filed 12/11/18 approved Doc 233 01/10/19. | 2100-000 | | $30,000.00 | $117,144.12 |
| | | | **SUBTOTALS** | | $0.00 | $272,492.23 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-17568-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 9/19/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/06/2019 | 1030 | STOP PAYMENT: FCF Credit Inc. | Account Number: ; Claim #: 21; Distribution Dividend: 46.82; Dividend: 3.29; Notes: (21-1) Assignment Agreement, Promissory Note, Security Agreement and UCC1 filing filed in PA - invalid because debtor is a DE LP - also description may be insufficient - a | 7100-000 | | ($19,799.95) | $136,944.07 |
| 02/06/2019 | 1033 | FCF Credit Inc. | Account Number: ; Claim #: 21; Distribution Dividend: 46.82; Dividend: 3.29; Notes: (21-1) Assignment Agreement, Promissory Note, Security Agreement and UCC1 filing filed in PA - invalid because debtor is a DE LP - also description may be insufficient - a | 7100-000 | | $19,799.95 | $117,144.12 |
| 02/11/2019 | (7) | US BANK fbo DTN US HOLDINGS | payment from escrow for WTD share liquidation | 1129-000 | $4,671.33 | | $121,815.45 |
| 04/26/2019 | 1034 | INTERNATIONAL SURETIES, LTD | Bond 01602690 | 2300-000 | | $73.08 | $121,742.37 |
| 10/28/2019 | (18) | OAK POINT PTNRS | Remnant proceeds | 1229-000 | $5,000.00 | | $126,742.37 |
| 11/01/2019 | 1035 | William B. Fretz, Jr. | BILL OF COSTS | 2990-000 | | $794.30 | $125,948.07 |
| 11/01/2019 | 1036 | John P. Freeman | BILL OF COSTS | 2990-000 | | $794.30 | $125,153.77 |
| 02/20/2020 | 1037 | INTERNATIONAL SURETIES, LTD | Bond # 016026390 Ch 7 Blanket Bond EDPA | 2300-000 | | $52.12 | $125,101.65 |
| 06/22/2020 | | BEDERSON LLP | Refund of fees based on vol reduction | 3410-000 | | ($264.00) | $125,365.65 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $2,193.89 | $123,171.76 |
| 08/03/2020 | | Pinnacle Bank | Service Charge Credit | 2600-000 | | ($2,193.89) | $125,365.65 |
| 12/21/2020 | 1038 | Bederson LLP | Accountant fees and costs approved | * | | $14,119.89 | $111,245.76 |
| | | | Court approved compensation    $(13,833.50) | 3410-000 | | | $111,245.76 |
| | | | Court approved reimbursement of costs    $(286.39) | 3420-000 | | | $111,245.76 |
| 12/21/2020 | 1039 | GELLERT SCALI BUSENKELL & BROWN LLC | Court approved compensation and reimbursement - counsel | * | | $6,909.16 | $104,336.60 |
| | | | Court approved counsel fees    $(6,269.50) | 3110-000 | | | $104,336.60 |
| | | | Court approved counsel costs    $(639.66) | 3120-000 | | | $104,336.60 |
| 01/13/2021 | 1040 | Gary F. Seitz | Trustee Compensation | 2100-000 | | $35,597.38 | $68,739.22 |
| 01/13/2021 | 1041 | Gary F. Seitz | Trustee Expenses | 2200-000 | | $156.48 | $68,582.74 |

| | SUBTOTALS | $9,671.33 | $58,232.71 |
|---|---|---|---|

FORM 2

Page No: 8    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 14-17568-ELF | |
| Case Name: | COVENANT PARTNERS, L.P. | |
| Primary Taxpayer ID #: | **-***9987 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 9/19/2014 | |
| For Period Ending: | 6/28/2021 | |

| | | |
|---|---|---|
| Trustee Name: | Gary F. Seitz | |
| Bank Name: | Pinnacle Bank | |
| Checking Acct #: | ******0086 | |
| Account Title: | Checking | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/13/2021 | 1042 | U.S. Securities and Exchange Commission | Account Number: ; Claim #: 1; Distribution Dividend: 47.52; Dividend: 38.87; Notes: $5,476,928 and prejudgment interest of $353,582. disgorgeent of $5,476,928 and prejudgmet interest $353582.00 per order dated 12/2/2015. William B. Fretz, Jr., John P. Fre | 7100-000 | | $40,563.19 | $28,019.55 |
| 01/13/2021 | 1043 | Thomas R. Butler | Account Number: ; Claim #: 3; Distribution Dividend: 47.52; Dividend: 1.12; Notes: Promissory Note signed by John P. Freeman, Gen. Partner - attached to poc.; Amount Claimed: 168,213.93; Amount Allowed: 168,213.93; | 7100-000 | | $1,170.27 | $26,849.28 |
| 01/13/2021 | 1044 | Citrin Cooperman & Company LLP | Account Number: ; Claim #: 4; Distribution Dividend: 47.52; Dividend: 0.11; Notes: Accounting Services Including prep of Income tax returns; Amount Claimed: 17,368.39; Amount Allowed: 17,368.39; | 7100-000 | | $120.83 | $26,728.45 |
| 01/13/2021 | 1045 | Tripartite, LLC as the assignee of the | Account Number: ; Claim #: 7; Distribution Dividend: 47.52; Dividend: 18.09; Notes: (7-1) Judgment plus interest against Debtor by Commonwealth of PA assigned to Creditor. Unsecured see DI 145, p. 7. Approved as part of settlement see D.I. 145 page 7.; | 7100-000 | | $18,877.87 | $7,850.58 |
| 01/13/2021 | 1046 | Richard Lieberman MD Defined Benefits Pension Plan | Account Number: ; Claim #: 15; Distribution Dividend: 47.52; Dividend: 5.24; Notes: (15-1) Promissory Notes - deemed timely filed by ct order dtd 03/04/2015 -- DI 68 -- Order Granting Motion to Extend Time (Related Doc # 59). Richard Lieberman MD's proof | 7100-000 | | $5,476.02 | $2,374.56 |
| 01/13/2021 | 1047 | FCF Credit Inc. | Account Number: ; Claim #: 21; Distribution Dividend: 47.52; Dividend: 2.27; Notes: (21-1) Assignment Agreement, Promissory Note, Security Agreement and UCC1 filing filed in PA - invalid because debtor is a DE LP - also description may be insufficient - a | 7100-000 | | $2,374.56 | $0.00 |
| 04/14/2021 | 1044 | STOP PAYMENT: Citrin Cooperman & Company LLP | Stop Payment for Check# 1044 | 7100-004 | | ($120.83) | $120.83 |

| | | | | SUBTOTALS | $0.00 | $68,461.91 |
|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-17568-ELF | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 9/19/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/14/2021 | 1048 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $120.83 | $0.00 |
| | | | **TOTALS:** | | $7,442,967.89 | $7,442,967.89 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $6,595,896.22 | $0.00 | |
| | | | **Subtotal** | | $847,071.67 | $7,442,967.89 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $847,071.67 | $7,442,967.89 | |

**For the period of 9/19/2014 to 6/28/2021**

| | |
|---|---|
| Total Compensable Receipts: | $847,071.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $847,071.67 |
| Total Internal/Transfer Receipts: | $6,595,896.22 |
| | |
| Total Compensable Disbursements: | $7,442,967.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,442,967.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/19/2014 to 6/28/2021**

| | |
|---|---|
| Total Compensable Receipts: | $847,071.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $847,071.67 |
| Total Internal/Transfer Receipts: | $6,595,896.22 |
| | |
| Total Compensable Disbursements: | $7,442,967.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,442,967.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-17568-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | Checking Acct #: | ******0089 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Pet360 Proceeds Escrow |
| For Period Beginning: | 9/19/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2015 | (2) | PetsMart | Redemption of Pet360 Shares | 1129-000 | $590,396.14 | | $590,396.14 |
| 03/27/2015 | (2) | PetsMart | Redemption of Pet360 Shares | 1129-000 | $1,578,052.84 | | $2,168,448.98 |
| 03/27/2015 | (2) | PetsMart | Redemption of Pet360 Shares | 1129-000 | $25,778.06 | | $2,194,227.04 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $799.69 | $2,193,427.35 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3,426.18 | $2,190,001.17 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3,535.20 | $2,186,465.97 |
| 07/02/2015 | | Pinnacle Bank | Reverse bank fees charged in error | 2600-000 | | ($7,761.07) | $2,194,227.04 |
| 04/18/2016 | (2) | JP Morgan fbo PetSmart Inc. | distribution on Pet360 shares | 1129-000 | $73,082.99 | | $2,267,310.03 |
| 04/18/2016 | (2) | JP MOrgan fbo PetSmart | distribution on Pet360 shares | 1129-000 | $195,341.44 | | $2,462,651.47 |
| 04/18/2016 | (2) | JP MOrgan fbo PetSmart | distribution on Pet360 shares | 1129-000 | $3,190.97 | | $2,465,842.44 |
| 08/18/2016 | (12) | FIDELITY INVESTEMENTS FBO PETER FROER | Proceeds from settlement approved by the court. | 1141-000 | $4,431,998.52 | | $6,897,840.96 |
| 08/18/2016 | 10001 | Peter Frorer | Settlement of secured claim approved by the court. | 4210-000 | | $290,828.74 | $6,607,012.22 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5,649.00 | $6,601,363.22 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5,467.00 | $6,595,896.22 |
| 10/05/2016 | | Transfer To: #******0086 | settlement approved | 9999-000 | | $6,595,896.22 | $0.00 |

| | | | | **SUBTOTALS** | $6,897,840.96 | $6,897,840.96 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-17568-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | Checking Acct #: | ******0089 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Pet360 Proceeds Escrow |
| For Period Beginning: | 9/19/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $6,897,840.96 | $6,897,840.96 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $0.00 | $6,595,896.22 | |
|  |  |  | **Subtotal** | | $6,897,840.96 | $301,944.74 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $6,897,840.96 | $301,944.74 | |

| For the period of 9/19/2014 to 6/28/2021 | | For the entire history of the account between 03/23/2015 to 6/28/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,897,840.96 | Total Compensable Receipts: | $6,897,840.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,897,840.96 | Total Comp/Non Comp Receipts: | $6,897,840.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $301,944.74 | Total Compensable Disbursements: | $301,944.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $301,944.74 | Total Comp/Non Comp Disbursements: | $301,944.74 |
| Total Internal/Transfer Disbursements: | $6,595,896.22 | Total Internal/Transfer Disbursements: | $6,595,896.22 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-17568-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | COVENANT PARTNERS, L.P. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9987 | Checking Acct #: | ******0089 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Pet360 Proceeds Escrow |
| For Period Beginning: | 9/19/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,744,912.63 | $7,744,912.63 | $0.00 |

| For the period of 9/19/2014 to 6/28/2021 | | For the entire history of the case between 09/19/2014 to 6/28/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,744,912.63 | Total Compensable Receipts: | $7,744,912.63 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,744,912.63 | Total Comp/Non Comp Receipts: | $7,744,912.63 |
| Total Internal/Transfer Receipts: | $6,595,896.22 | Total Internal/Transfer Receipts: | $6,595,896.22 |
| | | | |
| Total Compensable Disbursements: | $7,744,912.63 | Total Compensable Disbursements: | $7,744,912.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,744,912.63 | Total Comp/Non Comp Disbursements: | $7,744,912.63 |
| Total Internal/Transfer Disbursements: | $6,595,896.22 | Total Internal/Transfer Disbursements: | $6,595,896.22 |

/s/ GARY F. SEITZ

GARY F. SEITZ